ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARRYL PERNELL BUTLER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV 307-020 |
| FREDDRICK BURNETTE, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Burnette and Defendant Butler are **DISMISSED** from this case, and Plaintiff's motion for temporary restraining order is **DENIED**.

SO ORDERED this 10 day of August, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE